# In the United States Court of Federal Claims

```
* * * * * * * * * * * * * * * * * *  *
SAN ANTONIO HOUSING               *
AUTHORITY,                        *
                                  *
         Plaintiff,               *
                                  *   No. 17-1796C
    v.                            *   Filed: March 31, 2020
                                  *
UNITED STATES,                    *
                                  *
         Defendant.               *
* * * * * * * * * * * * * * * * * *
```

**O R D E R**

The court is in receipt of the parties' March 31, 2020 joint stipulation to dismiss the above-captioned case "with prejudice, with each party to bear its own costs and expenses (including attorney fees)." Pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of Federal Claims (2019), this court **ORDERS** that this case be **DISMISSED** with prejudice and with each party to bear its own costs, expenses, and attorneys' fees.

**IT IS SO ORDERED**.

                                                         s/Marian Blank Horn
                                                    **MARIAN BLANK HORN**
                                                         **Judge**